

ORIGINAL

LANE Y. TAKAHASHI, AAL, ALC 2417
Topa Financial Center
2121 Fort Street Tower
745 Fort Street
Honolulu, Hawaii 96813

Tel. No. (808) 521-7181
Fax. No. (808) 550-4311

Attorney for Defendant

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

LODGED

JAN 06 2006
at __ o'clock and 05 min A M
SUE BEITIA, CLERK

JAN 0 4 2006
9:20 am
CLERK, U.S. DISTRICT COURT
DISTRICT OF HAWAII

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>vs.<br><br>CHARLES R. K. FARREN,   (06)<br><br>Defendant. | CR. NO. 05-00300-06 JMS<br><br>STIPULATION TO AMEND TERMS AND CONDITIONS OF PRETRIAL RELEASE;<br>ORDER |

### STIPULATION TO AMEND TERMS AND CONDITIONS OF PRETRIAL RELEASE

It is hereby stipulated by and between the undersigned parties that the terms and conditions of pretrial release are hereby amended to delete: the condition that the defendant, CHARLES R. K. FARREN, reside at Mahoney Hale. Additionally the condition that the defendant resides with his third party custodian, Joanne L. Vickers, at 95-409 Awiki Street, Mililani, Hawaii 96789, telephone: (808) 623-8874 is included as a term and condition of pretrial release. The reasons for this stipulation are that the

defendant has changed his plea; is pending sentencing in September, 2006; and is currently employed full-time at Makai Beach Corporation.

_____  
MICHAEL K. KAWAHARA  
Assistant U.S. Attorney

_____  
LANE Y. TAKAHASHI  
Attorney for Defendant

_____  
CAROLYN HALL  
Pretrial Services Officer

APPROVED AND SO ORDERED:

_____  
~~J. MICHAEL SEABRIGHT~~  
Judge of the Above-Entitled Court

2