ORIGINAL

LANE Y. TAKAHASHI, AAL, ALC 2417
Topa Financial Center
2121 Fort Street Tower
745 Fort Street
Honolulu, Hawaii 96813

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUN 1 6 2006

at ____ o'clock and ____ min ___M
SUE BEITIA, CLERK

LODGED

JUN 1 4 2006
2:21 pm Ay
CLERK, U.S. DISTRICT COURT
DISTRICT OF HAWAII

Tel. No. (808) 521-7181
Fax. No. (808) 550-4311

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 05-00300JMS-06 |
| | ) | |
| vs. | ) | |
| | ) | |
| CHARLES R. K. FARREN,    (06) | ) | |
| | ) | |
| Defendant. | ) | STIPULATION TO AMEND TERMS |
| | ) | AND CONDITIONS OF PRETRIAL |
| | ) | RELEASE; ORDER |
| | ) | |

STIPULATION TO AMEND TERMS AND CONDITIONS OF PRETRIAL
RELEASE

It is hereby stipulated by and between the undersigned

parties that the terms and conditions of pretrial release

are hereby amended to include:  the condition that the

defendant, CHARLES R. K. FARREN, seek and maintain mental

health treatment and/or counseling as approved by Pretrial

Services.  The reasons for this stipulation are that the

defendant is currently pending sentencing in September,

2006; is currently employed full-time at Kalakaua

Transmission; and has requested this service to be paid for

by Pretrial Services.

_____
MICHAEL K. KAWAHARA
Assistant U.S. Attorney

_____
LANE Y. TAKAHASHI
Attorney for Defendant

_____
ALLISON K. THOM
Pretrial Services Officer

APPROVED AND SO ORDERED:

_____
Judge of the Above-Entitled
Court