ORIGINAL

SEALED BY ORDER OF THE COURT

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUL 2 1 2006

at 6 o'clock and 34 min. A M
SUE BEITIA, CLERK

# UNITED STATES DISTRICT COURT
## for the
## DISTRICT OF HAWAII

U.S.A. vs. CHARLES R.K. FARREN                    CRIMINAL NO. 05-00300JMS-06

Petition for Action on Conditions of Pretrial Release

COMES NOW ALISON G.K. THOM, U.S. Pretrial Services Officer, presenting an official report upon the conduct of defendant CHARLES R.K. FARREN, who was placed under pretrial release supervision by the Honorable Barry M. Kurren sitting in the Court at Honolulu, Hawaii. The defendant has been under pretrial services supervision since July 26, 2005. The current conditions of pretrial release are as follows:

REFER TO PRETRIAL SERVICES REPORT(S)

Respectfully presenting petition for action of Court and for cause as follows:

   The defendant has violated the conditions of pretrial release by:

   Failing to reside with Joanne L. Vickers, third party custodian, at 95-409 Awiki Street, Mililani, Hawaii, from July 12 until July 19, 2006, in violation of Special Condition No. 12.

PRAYING THAT THE COURT WILL ORDER a No-Bail Warrant be issued and the defendant be brought forth to show cause as to why pretrial release should not be revoked. The No-Bail Warrant and this Petition to be sealed for other than law enforcement purposes and until such time that the defendant has been arrested and the warrant duly executed.

ORDER OF COURT

I declare under penalty of perjury that the foregoing is true and correct.

Considered and ordered this 20th day of July, 2006 and ordered filed and made a part of the records in the above case.

Executed on: July 20, 2006

ALISON G.K. THOM
U.S. Pretrial Services Officer

J. MICHAEL SEABRIGHT
U.S. District Judge

Place: Honolulu, Hawaii

SEALED BY ORDER OF THE COURT