# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

7/21/2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:     CR05-00300JMS

CASE NAME:       USA v. (08) Charles Farren

ATTYS FOR PLA:   Michael Kawahara

ATTYS FOR DEFT:  (08) Lane Takahashi

INTERPRETER:

JUDGE:     Kevin S. C. Chang            REPORTER:   FTR C5

DATE:      7/21/2006                    TIME:       2:58-3:06:18pm

COURT ACTION:  EP: Order to Show Cause Why Pretrial Release Should Not Be Revoked - defendant present, in custody.

Defendant admits to the violation

Court admonishes defendant

Over the government's objection, court to modify defendant's release and add/delete the following conditions:

**ADD:**
    (7j) Maintain residence with/at: John Lake

**DELETE:**
    12. Other Condition: Reside with Joanne L. Vickers, their party custodian, at 95-409 Awiki Street, Mililani, Hawaii

Submitted by: Shari Afuso, Courtroom Manager