ORIGINAL   RECEIVED

PS 10
(8/88)

2006 JUL 21 AM 8:57

U.S. MARSHALS SERVICE
HONOLULU, HI.

# United States District Court
## for the
## District of Hawaii

U.S.A. vs Charles R.K. Farren                    Docket No. 05-00300JMS-06

TO: [1]Any United States Marshal or any other authorized officer    1045316

| WARRANT FOR ARREST OF DEFENDANT | | | |
|---|---|---|---|
| You are hereby commanded to arrest the within-named defendant and bring him or her, forthwith before the United States District Court to answer charges that he or she violated the conditions of his or her pretrial release imposed by the Court. | | | |
| NAME OF DEFENDANT<br>Charles R.K. Farren | SEX<br>Male | RACE<br>Asian | AGE<br>38 |
| ADDRESS(STREET, CITY, STATE)<br>95-409 Awiki Street<br>Mililani, HI 96789 | FILED IN THE<br>UNITED STATES DISTRICT COURT<br>DISTRICT OF HAWAII<br>JUL 26 2006 | | |
| TO BE BROUGHT BEFORE<br>U.S. District Court - Hawaii<br>Prince Kuhio Federal Building<br>300 Ala Moana Boulevard, Room 7-222<br>Honolulu, HI 96850-7222 | at ___ o'clock and 05 min __ M<br>SUE BEITIA, CLERK | | |
| CLERK<br>Sue Beitia | (BY) DEPUTY CLERK | DATE<br>JUL 21 2006 | |

| RETURN | | |
|---|---|---|
| WARRANT RECEIVED AND EXECUTED | DATE RECEIVED<br>7-21-06 | DATE EXECUTED<br>7-21-06 |
| EXECUTING AGENCY (NAME AND ADDRESS) | USMS<br>300 ALA MOANA<br>HONOLULU, HI 96850 | |
| NAME RUSSELL NAKASATO | (BY) | DATE<br>7-21-06 |

---

[1]Insert designation of officer to whom the warrant is issued, e.g., "any United States Marshal or any other authorized officer;" or "United States Marshal for the District of Hawaii;" or "any United States Marshal; or "Any Special Agent of the Federal Bureau of Investigation;" or "any United States Marshal or any Special Agent of the Federal Bureau of Investigation;" or "any agent of the Alcohol Tax Unit."