EDWARD H. KUBO, JR. 2499
United States Attorney
District of Hawaii

MICHAEL K. KAWAHARA 1460
Assistant U.S. Attorney
Room 6100, PJKK Federal Bldg.
300 Ala Moana Blvd.
Honolulu, Hawaii  96850
Telephone: 541-2850
Facsimile: 541-2958
Mike.Kawahara@usdoj.gov

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,   ) | CR. NO. 05-00300-06 JMS |
| ) | |
| Plaintiff,   ) | GOVERNMENT'S SENTENCING |
| ) | STATEMENT |
| vs.   ) | |
| ) | |
| ) | |
| CHARLES R.K. FARREN,   (06),) | |
| ) | Date:   September 19, 2006 |
| ) | Judge:  Hon. J. Michael Seabright |
| Defendant.   ) | |
| _____) | |

GOVERNMENT'S SENTENCING STATEMENT

The government has no objections to the proposed pre-sentence report.

DATED:  August 7, 2006, at Honolulu, Hawaii.

                                  EDWARD H. KUBO, JR.
                                  United States Attorney
                                  District of Hawaii


                                By /s/ Michael K. Kawahara
                                   MICHAEL K. KAWAHARA
                                   Assistant U.S. Attorney

**CERTIFICATE OF SERVICE**

      I hereby certify that, on the dates and by the methods of service noted below, a true and correct copy of the foregoing was served on the following at their last known addresses:

Served Electronically through CM/ECF:

Lane Y. Takahashi    laneytakahashi@hotmail.com    August 7, 2006

  Attorney for Defendant
  Charles R.K. Farren

Served by hand-delivery:

Probation Officer                                      August 7, 2006
300 Ala Moana Blvd.
Box 50111, Rm. C-126
Honolulu, HI  96850


                                          /s/ Rowena N. Kang