ORIGINAL

LANE Y. TAKAHASHI 2417-0
AAL, ALC
TOPA FINANCIAL CENTER
745 FORT STREET, SUITE 2121
HONOLULU, HAWAII 96813
TELEPHONE: (808) 521-7181
FAX:              (808) 550-4311
E-Mail: laneytakahashi@hotmail.com

ATTORNEY FOR DEFENDANT

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

AUG 17 2006

at 1 o'clock and 46 min. PM
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Cr. No. 05-00300-06 JMS |
| | ) |
| | ) SENTENCING STATEMENT; |
| vs. | ) CERTIFICATE OF SERVICE |
| | ) |
| CHARLES R. K. FARREN,    (06) | ) |
| | ) |
| Defendant. | ) |
| | ) Time: 1:30 p.m. |
| | ) Date: September 19, 2006 |
| | ) Judge: Honorable J. Michael Seabright |
| | ) |
| | ) |

SENTENCING STATEMENT

Pursuant to the Orders of this Court dated October 30, 1997, Local Rules of Practice for the U.S. District Court for the District of Hawaii, Sentencing Procedure, Defendant, CHARLES R. K. FARREN, through his court-appointed attorney, Lane Y. Takahashi, objects to Paragraph 94 of the Proposed Presentence Report. The child support figure is incorrectly reflected as $430.00 per month. The correct figure is $700.00 per month.

DATED: Honolulu, Hawaii, August 14, 2006.

_____
LANE Y. TAKAHASHI
Attorney for Defendant

CERTIFICATE OF SERVICE

I hereby certify that one copy of the foregoing was served upon the following party(ies) on August 17 2006 by mail or hand delivery:

Michael K. Kawahara
Assistant U.S. Attorney
300 Ala Moana Blvd., Room 6-100
Honolulu, Hawaii 96850

Anne M. Shimokawa
U.S. Probation Office
300 Ala Moana Blvd.
Honolulu, Hawaii 96850

_____
LANE Y. TAKAHASHI

2