LANE Y. TAKAHASHI, AAL, ALC 2417
Topa Financial Center
2121 Fort Street Tower
745 Fort Street
Honolulu, Hawaii 96813

Tel. No. (808) 521-7181
Fax. No. (808) 550-4311

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. 05-00300JMS-06 |
| ) | |
| vs. ) | |
| ) | |
| CHARLES R. K. FARREN, (06) ) | |
| ) | |
| Defendant. ) | STIPULATION TO AMEND TERMS |
| ) | AND CONDITIONS OF PRETRIAL |
| ) | RELEASE; ORDER |
| ) | |

STIPULATION TO AMEND TERMS AND CONDITIONS OF PRETRIAL
RELEASE

It is hereby stipulated by and between the undersigned parties that the terms and conditions of pretrial release are hereby amended to allow: the defendant, CHARLES R. K. FARREN, to reside at the Pagoda Hotel during September 15, 2006 through September 17, 2006. The reasons for this stipulation are that the defendant is currently pending sentencing on September 18, 2006; is currently employed full-time at Kalakaua Transmission; and has requested this

temporary change of residence from the Lake residence at

1246 15th Avenue, Honolulu, Hawaii 96816.

_____  
MICHAEL K. KAWAHARA  
Assistant U.S. Attorney

_____  
LANE Y. TAKAHASHI  
Attorney for Defendant

_____  
ALLISON K. THOM  
Pretrial Services Officer

APPROVED AND SO ORDERED:

_____  
Judge of the Above-Entitled Court