ORIGINAL

cc: BMK

LANE Y. TAKAHASHI, ESQ.   2417-0
Topa Financial Center
745 Fort Street, Suite 2121
Honolulu, Hawaii 96813
laneytakahashi@hotmail.com
Tel. No. (808) 521-7181
Fax. No. (808) 550-4311

Attorney for Defendant
CHARLES R. K. FARREN

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

SEP 25 2006

at 10 o'clock and 30 min. __ M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Cr. No. 05-00300-06 JMS |
| vs. | ) NOTICE OF MOTION; MOTION TO ) AMEND TERMS AND |
| CHARLES R. K. FARREN,     (06) | ) CONDITIONS OF RELEASE; ) DECLARATION OF COUNSEL; |
| Defendant. | ) CERTIFICATE OF SERVICE ) ) Date: September ___, 2006 ) Time: _____ .m. ) Judge: Barry M. Kurren |

NOTICE OF MOTION

TO:   Michael K. Kawahara
      Assistant U.S. Attorney
      PJKK Federal Building
      300 Ala Moana Blvd., Room 6100
      Honolulu, Hawaii 96813
      Attorney for Plaintiff
      UNITED STATES OF AMERICA

PLEASE TAKE NOTICE that the following motion will be heard before the

Honorable Barry M. Kurren, in his courtroom in the United States Courthouse, 300 Ala

Moana Boulevard, Honolulu, Hawaii 96813 at ____ .m.. on _____, September __,

2006.