LANE Y. TAKAHASHI, ESQ.    2417-0
Topa Financial Center
745 Fort Street, Suite 2121
Honolulu, Hawaii 96813
laneytakahashi@hotmail.com
Tel. No. (808) 521-7181
Fax. No. (808) 550-4311

Attorney for Defendant
CHARLES R. K. FARREN

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Cr. No. 05-00300-06JMS |
| | ) | |
| vs. | ) | MOTION TO AMEND TERMS AND |
| | ) | CONDITIONS OF RELEASE |
| CHARLES R. K. FARREN,        (06) | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## MOTION TO AMEND TERMS AND CONDITIONS OF RELEASE

Defendant, CHARLES R. K. FARREN, by and through undersigned counsel,

Lane Y. Takahashi, hereby moves this Court to amend the terms and conditions of his

release..

This motion is based Rules 12 and 47 of the Federal Rules of Penal Procedure, the

records and files of this case, the attached declaration of counsel, and such evidence as

may be presented at the hearing on this motion.

Dated:  Honolulu, Hawaii, September 22, 2006.

LANE Y. TAKAHASHI
Attorney for Defendant

2