IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Cr. No. 05-00300-06 JMS |
| | ) |
| vs. | ) DECLARATION OF COUNSEL |
| | ) |
| CHARLES R. K. FARREN, | ) |
| | ) |
| Defendant. | ) |
| | ) |

### DECLARATION OF COUNSEL

LANE Y. TAKAHASHI hereby declares as follows:

1. I am the attorney for the Defendant, CHARLES R. K. FARREN, having been appointed pursuant to the Criminal Justice Act;

2. I have been informed that the defendant wishes to relocate to the island of Maui and reside with his nephew, William Sanchez at 776 Olena Street, Wailuku, Hawaii 96793, telephone: (808) 357-5222;

3. Defendant, fiancé and three children intend to reside at the three (3) bedroom home with a studio pending his self-surrender on November 21, 2006;

_____
LANE Y. TAKAHASHI