CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of the foregoing document was duly mailed and/or hand-delivered to the following on September __, 2006:

Michael K. Kawahara
Assistant U.S. Attorney
PJKK Federal Building
300 Ala Moana Boulevard, Room 6100
Honolulu, Hawaii 96813

Attorney for Plaintiff
UNITED STATES OF AMERICA

Allison Thom
Federal Pretrial Services
PJKK Federal Building
300 Ala Moana Boulevard, Room 7-222
Honolulu, Hawaii 96813

Dated: Honolulu, Hawaii, September __, 2006.

_____
Lane Y. Takahashi