# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

09/28/2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER: CR 05-00300JMS

CASE NAME: USA v. (06) Charles R.K. Farren

ATTYS FOR PLA: Michael K. Kawahara

ATTYS FOR DEFT: (06) Lane Y. Takahashi

INTERPRETER:

| | | | |
|---|---|---|---|
| JUDGE: | Barry M. Kurren | REPORTER: | C6F |
| DATE: | 09/28/2006 | TIME: | 10:34 - 10:38 |

COURT ACTION: EP: [296] Motion to Amend Terms and Conditions of Release as to (06) Charles R. K. Farren GRANTED. Takahashi to prepare order. Deft present on bail.

Bail is amended as follows:
Add:
- **Other conditions: The defendant is permitted to reside on the Island of Maui for a period not to exceed three weeks in order to take care of personal matters. The defendant is to provide Pretrial Services with travel information prior to leaving the Island of Oahu.**

All other conditions to remain unchanged.

Submitted by Richlyn W. Young, courtroom manager