ORIGINAL

LANE Y. TAKAHASHI, ESQ.  2417-0
Topa Financial Center
745 Fort Street, Suite 2121
Honolulu, Hawaii 96813
laneytakahashi@hotmail.com
Tel. No. (808) 521-7181
Fax. No. (808) 550-4311

Attorney for Defendant
CHARLES R. K. FARREN

LODGED

SEP 2 8 2006
CLERK, U.S. DISTRICT COURT
DISTRICT OF HAWAII

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

SEP 2 8 2006
at __ o'clock and __ min. __M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Cr. No. 05-00300-06 JMS |
| vs. | ) ORDER GRANTING MOTION TO<br>) AMEND TERMS AND CONDITIONS |
| CHARLES R. K. FARREN,     (06) | ) OF RELEASE |
| Defendant. | ) Judge: Barry M. Kurren |

## ORDER GRANTING MOTION TO AMEND TERMS AND CONDITIONS OF RELEASE

The hearing on the Motion to Amend Terms and Conditions of Release came on for hearing on September 28, 2006 with Assistant U. S. Attorney, Michael K. Kawahara appearing for the United States, Lane Y. Takahashi appearing as counsel for Defendant, CHARLES R. K. FARREN, who was present.

The Court, after hearing the representations and arguments of counsel, HEREBY GRANTS the Motion to Amend Terms and Conditions of Release. Defendant is permitted to reside on the Island of Maui for a period not to exceed three weeks in order to take care of his personal matters. The defendant is to provide Pretrial Services with

travel information and living arrangement information on Maui prior to leaving the island of Oahu.

APPROVED AS TO FORM:

[Signature waived]
Michael K. Kawahara
Assistant U. S. Attorney

_____
BARRY M. KURREN
Magistrate Judge of the United
States District Court