ORIGINAL

CHARLES R.K. FARREN, Pro Se
1246 15 Ave
Hon, HI 96816   735-3782

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

OCT 0 4 2006

IN THE UNITED STATES DISTRICT COURT  at ___ o'clock and ___ min. ___M
SUE BEITIA, CLERK

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CR. NO. 05-00300 JMS |
| Plaintiff, | ) NOTICE OF APPEAL; |
| | ) CERTIFICATE OF SERVICE |
| vs. | ) |
| CHARLES R.K. FARREN, | ) |
| Defendant. | ) |

### NOTICE OF APPEAL

Notice is hereby given pursuant to Fed. R. App. P. 4(b) that defendant CHARLES R.K. FARREN, Pro Se, hereby appeals to the United States Court of Appeals for the Ninth Circuit from the Judgment of Conviction and Sentence entered by the Honorable J. Michael Seabright on September 25, 2006. I am filing this Notice of Appeal Pro Se because my court-appointed attorney has refused to file on my behalf.

DATED:   Honolulu, Hawaii, October 4, 2006.

_____
CHARLES R.K. FARREN
Defendant-Appellant, Pro Se

## CERTIFICATE OF SERVICE

I, CHARLES R.K. FARREN, hereby certify that a true and exact copy of the foregoing document was duly mailed and/or hand-delivered to the following on October 4, 2006:

>MICHAEL KAWAHARA
>Assistant United States Attorney
>PJKK Federal Building
>300 Ala Moana Blvd., Rm 6100
>Honolulu, HI  96850
>
>Attorney for Plaintiff-Appellee
>UNITED STATES OF AMERICA

DATED:  Honolulu, Hawaii, October 4, 2006.


_____
CHARLES R.K. FARREN
Defendant-Appellant, Pro Se