ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

OCT 09 2006

at __ o'clock and __ min __ M
SUE BEITIA, CLERK

LANE Y. TAKAHASHI, ESQ.   2417-0
Topa Financial Center
745 Fort Street, Suite 2121
Honolulu, Hawaii 96813
laneytakahashi@hotmail.com
Tel. No. (808) 521-7181
Fax. No. (808) 550-4311

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Cr. No. 05-00300-06 JMS |
| | ) |
| vs. | ) NOTICE OF MOTION; MOTION TO |
| | ) WITHDRAW AS COUNSEL; |
| CHARLES R. K. FARREN, | ) DECLARATION OF COUNSEL; |
| | ) CERTIFICATE OF SERVICE |
| Defendant. | ) |
| | ) Date: October ___, 2006 |
| | ) Time: _____.m. |
| | ) Judge: _____ |

NOTICE OF MOTION

TO:   Michael K. Kawahara
      Assistant U.S. Attorney
      PJKK Federal Building
      300 Ala Moana Blvd., Room 6100
      Honolulu, Hawaii 96813
      Attorney for Plaintiff
      UNITED STATES OF AMERICA

PLEASE TAKE NOTICE that the following motion will be heard before the

Honorable _____, in his/her courtroom in the United States Courthouse,

300 Ala Moana Boulevard, Honolulu, Hawaii 96813 at _____.m. on October ___, 2006.

Case 1:05-cr-00300-JMS    Document 301    Filed 10/09/2006    Page 2 of 2

LANE Y. TAKAHASHI, ESQ.   2417-0
Topa Financial Center
745 Fort Street, Suite 2121
Honolulu, Hawaii 96813
laneytakahashi@hotmail.com
Tel. No. (808) 521-7181
Fax. No. (808) 550-4311

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | ) Cr. No. 05-00300-06 JMS |
|---|---|
| vs. | ) )  MOTION TO WITHDRAW AS ) COUNSEL |
| CHARLE R. K. FARREN, | ) ) |
| Defendant. | ) ) |

## MOTION TO WITHDRAW AS COUNSEL

Defendant, CHARLES R. K. FARREN, by and through undersigned counsel, Lane Y. Takahashi, hereby moves this Court to allow the withdrawal of counsel.

This motion is based upon Rule 1.7, Hawaii Rules of Professional Conduct and the attached declaration of counsel.

Dated: Honolulu, Hawaii, October 9, 2006.

_____
LANE Y. TAKAHASHI
Attorney for Defendant

2