IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Cr. No. 05-00300-06 JMS |
| vs. | ) DECLARATION OF COUNSEL |
| CHARLES R. K. FARREN, | ) |
| Defendant. | ) |

## DECLARATION OF COUNSEL

LANE Y. TAKAHASHI hereby declares as follows:

1. I am the attorney for the Defendant, CHARLES R. K. FARREN, having been appointed pursuant to the Criminal Justice Act;

2. On October 4, 2006, the Defendant informed me that he had filed a pro se Notice of Appeal in the instant case;

3. Pursuant to the terms of the plea agreement, the Defendant will be alleging ineffective assistance of counsel in his appeal;

4. Based upon the above, I am filing the instant motion due to the conflict of interest presented in the appeal of this case.

_____
Lane Y. Takahashi