CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of the foregoing document was duly mailed and/or hand-delivered to the following on October 10, 2006:

Michael K. Kawahara
Assistant U.S. Attorney
PJKK Federal Building
300 Ala Moana Boulevard, Room 6100
Honolulu, Hawaii 96813

Attorney for Plaintiff
UNITED STATES OF AMERICA

Dated: Honolulu, Hawaii, October 9, 2006.

*[signature]*
Lane Y. Takahashi