# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

10/13/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CR05-00300JMS |
| CASE NAME: | USA v. (06) Charles Farren |
| ATTYS FOR PLA: | Michael Kawahara |
| ATTYS FOR DEFT: | (06) Lane Takahashi |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Kevin S. C. Chang | REPORTER: | FTR C5 |
| DATE: | 10/13/2006 | TIME: | 10:09:40-10:15:02am |

COURT ACTION:  EP: Motion to Withdraw as Counsel for Defendant 06 - defendant present, not in custody.

Motion to Withdraw granted.  The Notice of Appeal has been filed by defendant pro se.  The court declines to appoint CJA counsel in view of defendant's pro se filing of the Notice of Appeal.  Mr. Takahashi to address this matter with the Ninth Circuit.

Submitted by: Shari Afuso, Courtroom Manager