LANE Y. TAKAHASHI, ESQ.  2417-0
Topa Financial Center
745 Fort Street, Suite 2121
Honolulu, Hawaii 96813
laneytakahashi@hotmail.com
Tel. No. (808) 521-7181
Fax. No. (808) 550-4311

Attorney for Defendant
CHARLES R. K. FARREN

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Cr. No. 05-00300-06 JMS |
| vs. | ) ORDER GRANTING MOTION TO ) WITHDRAW AS COUNSEL |
| CHARLES R. K. FARREN,   (06) | ) |
| Defendant. | ) |
| | ) Judge: Kevin S. Chang |

### ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL

The hearing on the Motion to Withdraw as Counsel came on for hearing on October 13, 2006 with Assistant U. S. Attorney, Michael K. Kawahara appearing for the United States, Lane Y. Takahashi appearing as counsel for Defendant, CHARLES R. K. FARREN, who was present.

The Court, after hearing the representations and arguments of counsel, HEREBY GRANTS the Motion to Withdraw as Counsel.

APPROVED AS TO FORM:


[Signature waived]
Michael K. Kawahara
Assistant U. S. Attorney

[U.S.A v. Farren, Cr. No. 05-00300-06 JMS]

                                            _____
                                            KEVIN S. CHANG
                                            Magistrate Judge of the United
                                            States District Court

2