UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

DOCKET FEE PAYMENT NOTIFICATION FORM

I. SHORT CASE TITLE: U.S.A. vs. CHARLES R.K. FARREN
   U.S. COURT OF APPEALS DOCKET NUMBER: 6-10664
   U.S. DISTRICT COURT FOR THE DISTRICT OF HAWAII
   U.S. DISTRICT COURT DOCKET NUMBER: CR 05-00300JMS-06

II. DATE NOTICE OF APPEAL FILED: 10/04/06

III. U.S. COURT OF APPEALS PAYMENT STATUS: CJA -APPOINTMENT OF COUNSEL - 07/22/06; ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL - 10/18/06, ATTORNEY LANE Y. TAKAHASHI TERMINATED IN CASE AS TO DEFT 06.

   DOCKET FEE PAID ON:            AMOUNT:
   NOT PAID YET:                  BILLED:
   U.S. GOVERNMENT APPEAL:        FEE WAIVED:
   WAS APPELLANT OR APPELLE GRANTED F.P. STATUS?
   IF YES, SHOW DATE:
   WAS F.P. STATUS REVOKED:       DATE:
   WAS F.P. STATUS LIMITED IN SOME FASHION?
   IF YES, EXPLAIN:

IV. COMPANION CASES, IF ANY:

V. COMPLETED IN THE U.S. DISTRICT COURT BY:
   Laila M. Geronimo

AMENDED NOTIFICATION _____ PAID _____ F.P. _____
DISTRICT COURT CLERK BY: _____

(Note: This form is only utilized to notify the U.S. Court of Appeals concerning the satisfaction of the U.S. Court of Appeals Docket Fee.)