AO 245B     (Rev. 6/05) Judgment in a Criminal Case
               Sheet 2 - Imprisonment

| | | |
|---|---|---|
| CASE NUMBER: | 1:05CR00300-006 | Judgment - Page 2 of 6 |
| DEFENDANT: | CHARLES R. K. FARREN | |

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: 126 MONTHS

[✔] The court makes the following recommendations to the Bureau of Prisons:
A facility that has the 500 Hour Comprehensive Drug Treatment Program.
That the defendant participate in the 500 Hour Comprehensive Drug Treatment Program.
That the defendant participate in educational and vocational training programs.

[ ] The defendant is remanded to the custody of the United States Marshal.

[ ] The defendant shall surrender to the United States Marshal for this district.
     [ ] at ___ on ___.
     [ ] as notified by the United States Marshal.

[✔] The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
     [✔] before 2:00 p.m. on 11/21/2006 .
     [ ] as notified by the United States Marshal.
     [ ] as notified by the Probation or Pretrial Services Officer.

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 0 8 2007

at 4 o'clock and 15 min. PM
SUE BEITIA, CLERK

## RETURN

I have executed this judgment as follows:

_____

Defendant delivered on 12-08-06 to TCI-SCP
at Taft, Ca , with a certified copy of this judgment.

Jeff Wrigley, Warden
UNITED STATES MARSHAL

By Jill Brummett, Paul Tch
Deputy U.S. Marshal