# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF HAWAII
## Transcript Designation and Ordering Form

U.S. Court of Appeals Case No. CA No. 06-10664    U.S. District Court Case No. CR-05-00300-JMS-6

Short Case Title __United States of America v. Charles R.K. Farren__

Date Notice of Appeal Filed by Clerk of District Court _____10/4/06_____

### SECTION A - To be completed by party ordering transcript

| HEARING DATE(s) | COURT REPORTER | PROCEEDINGS (strike portion not desired) | |
|---|---|---|---|
| 07/22/2005 | C6 3:32-3:39 by J. Chang | A & P to the Indictment | |
| 07/29/2005 | C6 11:02-11:08 by J. Kurren | A & P to the First Superseding Indictment | (no record) |
| 10/06/2005 ✓ | Sharon Ross | Status Conference | |
| 12/12/2005 ✓ | Sharon Ross | Motion for Withdrawal of Not Guilty Plea | |
| 09/18/2006 ✓ | Sharon Ross | Sentencing for deft | |
| 10/13/2006 ✓ | FTR-Ctrm C5; 10:09:40-10:15:02 a.m. J. Chang | MOTION to Withdraw as Attorney | |

(Attach additional page for designations if necessary)

( )  I do not intend to designate any portion of the transcript and will notify all counsel of this intention.

( )  As retained counsel (or litigant proceeding in pro per), I request a copy of the transcript and guarantee payment to the reporter of the cost thereof upon demand. I further agree to pay for work done prior to cancellation of this order.

(X)  As appointed counsel I certify that an appropriate order authorizing preparation of the transcript at the expense of the United States has been, or within 5 days hereof will be, obtained and delivered to the reporter. I agree to recommend payment for work done prior to cancellation of this order

Date transcript ordered __12/14/2006__    Estimated date for completion of transcript: 02/15/07 (due date set by 9th Circuit order, filed 12/04/06)

Print Name of Attorney __Georgia K. McMillen__    Phone Number (808) 242-4343

Signature of Attorney _____

Address __Law Office of Georgia K. McMillen; P.O. Box 1512; Wailuku Maui, HI 96793__

### SECTION B - To be completed by court reporter

I, _____ have received this designation.
    (Signature of court reporter)

( ) Arrangements for payment were made on _____

( ) Arrangements for payment have not been made pursuant to FRAP 10(b).

_____ Approximate Number of Pages in Transcript -- Due Date _____

### SECTION C - To be completed by court reporter

When the transcript is filed, complete this section and submit to the U.S. district court with the completed transcript. The district court will not file the transcript without this completed form.

Date transcript filed _____    Court Reporter's Signature __Jessica B. Cahill__

### SECTION D - To be completed by the Clerk

U.S. DISTRICT COURT CLERK: I certify that the record is available in the office of the U.S. District Court.

Sue Beitia  7/18/07    BY: _____
(U.S. District Court Clerk)  (Date)    DEPUTY CLERK