UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
SEP 13 2007
at __ o'clock and __ min __ M
SUE BEITIA, CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff - Appellee,<br><br>V.<br><br>CHARLES R.K. FARREN,<br><br>Defendant - Appellant. | No. 06-10664<br>D.C. No. CR-05-00300-JMS<br><br>**JUDGMENT** |

Appeal from the United States District Court for the District of Hawaii (Honolulu).

This cause came on to be heard on the Transcript of the Record from the United States District Court for the District of Hawaii (Honolulu) and was duly submitted.

On consideration whereof, it is now here ordered and adjudged by this Court, that the judgment of the said District Court in this cause be, and hereby is **AFFIRMED Conciviton; Appeal of sentence DISMISSED.**

Filed and entered 08/20/07

A TRUE COPY
ATTEST 9/11/07
CATHY A. CATTERSON
Clerk of Court
by: _____
Deputy Clerk

**FILED**

AUG 20 2007

CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff - Appellee,<br><br>v.<br><br>CHARLES R.K. FARREN,<br><br>    Defendant - Appellant. | No. 06-10664<br><br>D.C. No. CR-05-00300-JMS<br><br>MEMORANDUM[*] |

Appeal from the United States District Court
for the District of Hawaii
J. Michael Seabright, District Judge, Presiding

Submitted August 13, 2007[**]

Before:    KLEINFELD, SILVERMAN, and M. SMITH, Circuit Judges.

Charles R.K. Farren appeals from his guilty-plea conviction and 126-month sentence for conspiracy to distribute and possess with intent to distribute 500 grams or more of methamphetamine in violation of 21 U.S.C. §§ 846, 841(a)(1),

---

    [*]    This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

    [**]    This panel unanimously finds this case suitable for decision without oral argument. See Fed. R. App. P. 34(a)(2).

and 841(b)(1)(A).

Pursuant to *Anders v. California*, 386 U.S. 738 (1967), Farren's counsel has filed a brief stating there are no grounds for relief, along with a motion to withdraw as counsel of record. The Government filed a motion to dismiss the appeal of the sentence, and Farren filed an opposition to the motion.

We have reviewed the brief and motions, and conducted an independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 83 (1988). We affirm the conviction, and dismiss the appeal of the sentence in light of the valid appeal waiver. *See United States v. Nguyen*, 235 F.3d 1179, 1182 (9th Cir. 2000).

Counsel's motion to withdraw is **GRANTED**, and appellee's motion to dismiss is **GRANTED**.

Conviction **AFFIRMED**; Appeal of sentence **DISMISSED**.

A TRUE COPY
ATTEST  9/11/07
CATHY A. CATTERSON
Clerk of Court
by: _____
Deputy Clerk

INTERNAL USE ONLY: Proceedings include all events.
06-10664 USA v. Farren

| | |
|---|---|
| UNITED STATES OF AMERICA<br>    Plaintiff - Appellee | Michael K. Kawahara, Esq.<br>808/541-2850<br>Suite 6-100<br>[COR LD NTC aus]<br>USH - OFFICE OF THE U.S. ATTORNEY<br>PJKK Federal Building<br>300 Ala Moana Blvd.<br>P.O. Box 50183<br>Honolulu, HI 96850 |
| v. | |
| CHARLES R.K. FARREN<br>    Defendant - Appellant | Georgia K. McMillen, Esq.<br>FAX 808/242-4343<br>808/242-4343<br>[COR LD NTC cja]<br>P.O. Box 1512<br>Wailuku Maui, HI 96793<br><br>Charles R.K. Farren<br>[COR LD NTC prs]<br>1246 15th Ave<br>Hono, HI 96816 |