


Cathy A. Catterson
Clerk of Court

Office of the Clerk
**United States Court of Appeals for the Ninth Circuit**
95 Seventh Street
Post Office Box 193939
San Francisco, California 94119-3939

(415) 355-8000

September 11, 2007

USDC, Hawaii
District of Hawaii (Honolulu)
United States Courthouse
Honolulu, HI 96850

| No. | Title | Agency/D.C. No. |
|---|---|---|
| 06-10664 | USA v. Farren | CR-05-00300-JMS |

Dear Clerk:

The following document in the above listed cause is being sent to you under cover of this letter.

- *Certified copy of the Decree of the Court*

The record on appeal will follow under separate cover. Please acknowledge receipt on the enclosed copy of this letter.

Very truly yours,

Cathy A. Catterson
Clerk of Court

/s/

By: Eliza Lau
Deputy Clerk

Enclosure(s)
cc: All Counsel

RECEIVED
CLERK U.S. DISTRICT COURT
SEP 13 2007
DISTRICT OF HAWAII