July 16, 2008

# DISTRICT COURT RECORD RETURN FORM

## U.S. COURT OF APPEALS FOR THE NINTH CIRCUIT
## 95 SEVENTH STREET
## SAN FRANCISCO, CALIFORNIA 94103
(415) 355-7820

**THIS RECORD CONTAINS DOCUMENTS THAT ARE FILED UNDER SEAL**

District Court/Agency: **USDC Hawaii (Honolulu)**
Lower Court Number: CR-05-00300-JMS
Appeal Number: 06-10664
Short Title: USA v Farren

RECEIVED
CLERK U.S. DISTRICT COURT
JUL 21 2008
DISTRICT OF HAWAII

sealed envelope

**Volumes**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Clerk's Records in: | 2 | | | 0 | Certified Copy(ies) | | |
| Reporters Transcripts in: | 0 | | | | | | |
| Bulky Documents in: | 0 | Envelopes | 0 | Expandos | 1 | Folders | 0 Boxes |
| | 0 | Other | | | | | |
| State Lodged Docs in: | 0 | Envelopes | 0 | Expandos | 0 | Folders | 0 Boxes |
| | 0 | Other | | | | | |

Other:

Case not closed out, we may need record back if checked here: _____

Note:
THE FOLLOWING ITEMS ARE MISSING AND A SEARCH HAS BEEN PLACED.
ALL MISSING ITEMS WILL BE RETURNED AS SOON AS THEY ARE LOCATED.